IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SCOTT P. MORTON )
)
v. ) NO. 3:10-0755
)
WELLS FARGO HOME MORTGAGE )

**O R D E R**

On November 8, 2010, counsel for both the plaintiff and defendant advised the Court that there has been a resolution to this case. Therefore, the initial case management conference, rescheduled by order entered October 20, 2010 (Docket Entry No. 9), to November 9, 2010, was cancelled.

On or before November 30, 2010, counsel shall submit an agreed order of dismissal or other appropriately captioned document.[1]

The Clerk is directed to forward this file to the Honorable Todd J. Campbell, Chief Judge, for his consideration of the agreed order of dismissal or other appropriately captioned document to be submitted on or before November 30, 2010.

Any request for an extension of the November 30, 2010, deadline should be directed to Judge Campbell. Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Inasmuch as no answer or motion for summary judgment has been filed, counsel for the plaintiff may simply file a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.